# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **Mitchell Hungerpiller and Patricia Hungerpiller, individually and on behalf of a class of similarly situated persons;** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **CV: _____** |
| **RC2 CORPORATION, a Delaware Corporation, and LEARNING CURVE BRANDS, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,** ) ) ) ) ) | **Jury Trial Demanded** |
| **Defendants.** ) | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendants Learning Curve Brands, Inc. and RC2 Corporation by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

/s/ W. Lewis Garrison, Jr.
W. Lewis Garrison, Jr.
Gayle L. Douglas

*Of Counsel:*
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
205.326.3336 Telephone
205.326.3332 Facsimile