FILED
2007 Oct-03 AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| Mitchell Hungerpiller and Patricia Hungerpiller, individually and on behalf of a class of similarly situated persons; <br><br> Plaintiffs, <br><br> v. <br><br> RC2 CORPORATION, a Delaware Corporation, and LEARNING CURVE BRANDS, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated, <br><br> Defendants. | CV: _____ <br><br> CV-07-HGD-1805-S <br><br> Jury Trial Demanded |

## SUMMONS

TO DEFENDANT:   RC2 Corporation
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

You are hereby summoned and required to serve upon plaintiff's attorney(s): W. Lewis Garrison, Jr., HENINGER GARRISON DAVIS, LLC, 2224 1st Avenue North, Birmingham, Alabama 35203 a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 10/3/07

*Sharon N. Harris*, Clerk

By: *Stephanie Oden*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant.

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203