## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| Mitchell Hungerpiller and Patricia Hungerpiller, individually and on behalf of a class of similarly situated persons;<br><br>    Plaintiffs,<br><br>v.<br><br>RC2 CORPORATION, a Delaware Corporation, and LEARNING CURVE BRANDS, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CV: _____<br>)<br>)<br>) CV-07-HGD-1805-S<br>)<br>)<br>) **Jury Trial Demanded**<br>)<br>)<br>) |

## SUMMONS

TO DEFENDANT:     Learning Curve Brands, Inc.
                  The Corporation Trust Company
                  Corporation Trust Center
                  1209 Orange Street
                  Wilmington, DE 19801

You are hereby summoned and required to serve upon plaintiff's attorney(s): W. Lewis Garrison, Jr., HENINGER GARRISON DAVIS, LLC, 2224 1st Avenue North, Birmingham, Alabama 35203 a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 10/3/07

                                        Sharon N. Harris, Clerk

                                        By: _Stephanie Jolen_
                                            Deputy Clerk

SEE REVERSE SIDE FOR RETURN            (SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

                                        CLERK, U. S. DISTRICT COURT
                                        NORTHERN DISTRICT OF ALABAMA
                                        1729 5th Avenue North
                                        Birmingham, Alabama 35203