# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| Mitchell Hungerpiller and Patricia Hungerpiller, individually and on behalf of a class of similarly situated persons;<br><br>    Plaintiffs,<br><br>v.<br><br>RC2 CORPORATION, a Delaware Corporation, and LEARNING CURVE BRANDS, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>    Defendants. | CV: 07-HGD-1805-S |

## NOTICE OF CHANGE OF ADDRESS

Gayle L. Douglas, attorney for the Plaintiffs, gives notice to this Court that she is no longer associated with Lloyd, Gray & Whitehead, P.C. and requests this Court change her contact information to reflect her association with the law firm of Heninger Garrison Davis, LLC. The updated contact information is as follows:

**HENINGER GARRISON DAVIS, LLC**
**2224 First Avenue North**
**Birmingham, Alabama 35203**
**(205) 326-3336 - Telephone**
**(205) 326-3332 - Facsimile**
**gdouglas@hgdlawfirm.com** - email

    HENINGER GARRISON DAVIS, LLC

    By: /s/ Gayle L. Douglas
    Gayle L. Douglas
    Counsel for Plaintiffs
    2224 First Avenue North
    Birmingham, Alabama 35203
    (205) 326-3336

## CERTIFICATE OF SERVICE

      This Notice of Change of Address has been sent to Stephanie Tolen of the U.S. District Court northern District of Alabama via electronic mail at the following address:

stephanie_tolen@alnd.uscourts.gov

      /s/ Gayle L. Douglas
      Gayle L. Douglas