FILED
2007 OCT 12 PM 1:52
U.S. [DISTRICT COURT]
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Mitchell Hungerpiller and Patricia Hungerpiller, individually and on behalf of a class of similarly situated persons; | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No: CV-07-HGD-1805-S ) ) |
| RC2 CORPORATION, a Delaware Corporation, and LEARNING CURVE BRANDS, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated, | ) ) ) Jury Trial Demanded ) ) |
| Defendants. | ) |

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant RC2 Corporation, c/o The Prentice-Hall Corporation System, 2711 Centerville Road, Suite 400, Wilmington, Delaware 1808, by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

/s/ W. Lewis Garrison, Jr.
W. Lewis Garrison, Jr.
Gayle L. Douglas

*Of Counsel:*
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
205.326.3336 Telephone
205.326.3332 Facsimile