IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Mitchell Hungerpiller and Patricia Hungerpiller, individually and on behalf of a class of similarly situated persons;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RC2 CORPORATION, a Delaware Corporation, and LEARNING CURVE BRANDS, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No: CV-07-HGD-1805-S<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>)<br>) |

## ALIAS SUMMONS

TO DEFENDANT:　　RC2 Corporation
　　　　　　　　　　　c/o The Prentice-Hall Corporation System
　　　　　　　　　　　2711 Centerville Road
　　　　　　　　　　　Suite 400
　　　　　　　　　　　Wilmington, DE 19808

　　　You are hereby summoned and required to serve upon plaintiff's attorney(s): W. Lewis Garrison, Jr., HENINGER GARRISON DAVIS, LLC, 2224 1st Avenue North, Birmingham, Alabama 35203 a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 10/15/07

　　　　　　　　　　　　　　　　　　　　　　Sharon N. Harris, Clerk
　　　　　　　　　　　　　　　　　　　　By: Stephanie Jolin
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be
　　　　prepared for each defendant.

　　　　　　　　　　　　　　　　　　　　(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203