FILED
2007 Oct-16 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, US District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RC2 Corporation
The Corp. Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Sikate_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 09 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV-07-HGD-1805-S

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2890 0001 1636 4069

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540