

UNITED STATES POSTAL SERVICE DE 197
18 OCT 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, US District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PC2 Corporation
The Prentice-Hall Corp. System
2711 Centerville Road
Suite 400
Wilmington, DE 19808

2:07CV1805-HGD

2. Article Number
(Transfer from service label)

7004 2890 0001 1636 4083

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

ALIAS

A. Signature
X Laura Cooper
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

OCT 18 2007

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes