IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MITCHELL HUNGERPILLER AND PATRICIA HUNGERPILLER, individually and on behalf of a class of similarly situated persons<br><br>PLAINTIFFS,<br><br>V.<br><br>RC2 CORPORATION AND LEARNING CURVE BRAND, INC.<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: CV-07-1805-S |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER

Defendants RC2 Corporation and Learning Curve Brands, Inc. d/b/a RC2 Brands, Inc. (collectively "Defendants") move the Court to grant and extension of time to answer Plaintiffs' complaint. In support of this motion, Defendants show as follows:

1. Simultaneously with this motion, Defendants have filed a motion to stay these proceedings pending the ruling of the Judicial Panel on Multidistrict Litigation ("JPML") on the pending Motions to Transfer filed in MDL No. 1893. The aforementioned JPML motion includes a request to transfer this action.

2. For reasons of judicial economy and in order to prevent the hardship to the Defendants of being required to answer in the various pending forums where suits have been initiated, the deadline for the Defendants to answer in this matter should be extended until 30 days following entry of an order by the JPML.

WHEREFORE, premises considered, Defendants, RC2 Corporation and Learning Curve Brands, Inc. d/b/a RC2 Brands, Inc., respectfully request that this motion for an extension of time to answer be granted.

938184.1

                                                              *s/ Sean W. Shirley*
                                                              One of the Attorneys for Defendants
                                                              RC2 Corporation and Learning Curve Brands, Inc.

OF COUNSEL:

Teresa G. Minor
Sean W. Shirley
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of October, 2007, served the foregoing upon counsel of record via the Court's on-line filing system:

W. Lewis Garrison
Gayle L. Douglas
2224 First Avenue North
Birmingham, Alabama 35203

                                                              s/ Sean W. Shirley
                                                              Of Counsel