FILED
2007 Oct-29 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MITCHELL HUNGERPILLER AND PATRICIA HUNGERPILLER, individually and on behalf of a class of similarly situated persons<br><br>PLAINTIFFS,<br><br>V.<br><br>RC2 CORPORATION AND LEARNING CURVE BRAND, INC.<br><br>DEFENDANTS. | CIVIL ACTION NO.: CV-07-1805-S |

## DEFENDANT RC2 CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Comes now Defendant, RC2 Corporation, by counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby notifies the Court as follows:

1. RC2 Corporation does not have any parent corporations.

2. No publicly-held corporation owns 10 percent or more of the stock of RC2 Corporation.

                                          *s/ Sean W. Shirley*
                                          One of the Attorneys for Defendants
                                          RC2 Corporation and Learning Curve Brands, Inc.

OF COUNSEL:

Teresa G. Minor
Sean W. Shirley
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of October, 2007, served the foregoing upon counsel of record via the Court's on-line filing system:

W. Lewis Garrison
Gayle L. Douglas
2224 First Avenue North
Birmingham, Alabama 35203

> s/ Sean W. Shirley
> Of Counsel