FILED
2007 Oct-29 PM 04:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MITCHELL HUNGERPILLER AND PATRICIA HUNGERPILLER, individually and on behalf of a class of similarly situated persons<br><br>PLAINTIFFS,<br><br>V.<br><br>RC2 CORPORATION AND LEARNING CURVE BRAND, INC.<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.: CV-07-1805-S |

## DEFENDANT LEARNING CURVE BRANDS, INC.'S CORPORATE DISCLOSURE STATEMENT

Comes now Defendant, Learning Curve Brands, Inc., by counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby notifies the Court as follows:

1. Learning Curve Brands, Inc. is a wholly-owned subsidiary of RC2 Corporation.

*s/ Sean W. Shirley*
One of the Attorneys for Defendants
RC2 Corporation and Learning Curve Brands, Inc.

OF COUNSEL:

Teresa G. Minor
Sean W. Shirley
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of October, 2007, served the foregoing upon counsel of record via the Court's on-line filing system:

W. Lewis Garrison
Gayle L. Douglas
2224 First Avenue North
Birmingham, Alabama 35203

                                                s/ Sean W. Shirley
                                                Of Counsel