FILED
2007 Oct-30 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MITCHELL HUNGERPILLER AND PATRICIA HUNGERPILLER, individually and on behalf of a class of similarly situated persons<br><br>PLAINTIFFS,<br><br>V.<br><br>RC2 CORPORATION AND LEARNING CURVE BRANDS, INC.<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: CV-07-1805-S<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Teresa G. Minor of the law firm of Balch & Bingham LLP hereby gives notice of her appearance as an additional counsel for Defendants, RC2 Corporation and Learning Curve Brands, Inc. d/b/a RC2 Brands, Inc. and requests that all future pleadings, court filings, court notices and orders be served upon her at the address listed below.

                                                  *s/ Teresa G. Minor*
                                                  One of the Attorneys for Defendants
                                                  RC2 Corporation and Learning Curve Brands, Inc.

OF COUNSEL:

Teresa G. Minor
Sean W. Shirley
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

938599.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 30th day of October, 2007, served the foregoing upon counsel of record via the Court's on-line filing system:

W. Lewis Garrison
Gayle L. Douglas
2224 First Avenue North
Birmingham, Alabama 35203


                                        *s/ Teresa G. Minor*
                                        OF COUNSEL