# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

Sharon N. Harris
Clerk

February 28, 2008

United States District Court
Northern District of Illinios
219 South Dearborn Street
Chicago, IL 60604

Case Number: 2:07-cv-1805-HGD

Dear Clerk :

    In accordance with the Conditional Transfer Order of your court, the above-entitled civil action is transferred to your court for inclusion in MDL 1893. Enclosed is a certified copy of the order of transfer and a certified copy of the docket entries. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

SHARON N. HARRIS

By: _____
Deputy Clerk

SNH:st

Enclosures



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

February 27, 2008

Sharon Harris, Clerk of Court
Hugo L. Black
1729 Fifth Avenue North
Birmingham AL 35203

Dear Clerk:

**Re: MDL 1893 -- In re: "RC2 Corp, Toy Lead Paint Products Liability Litigation**

Your case number:    07-1805 Mitchell Hungerpillar et al.   vs.   RC2 Corp. Et al.

Our case number:    08 cv 307 - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Harry D. Leinenweber.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    Willie A. Haynes
Supervisor of Operations

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED TRUE COPY

JAN 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: RC2 CORP. TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION

CEM

(SEE ATTACHED SCHEDULE)

MDL No. 1893

**08 C 307**

JUDGE LEINENWEBER

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 19, 2007, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Harry D. Leinenweber.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Leinenweber.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 19, 2007, and, with the consent of that court, assigned to the Honorable Harry D. Leinenweber.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: FEBRUARY 26, 2008

IN RE: RC2 CORP. TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION

MDL No. 1893

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA NORTHERN<br>ALN  2  07-1805 | Mitchell Hungerpillar, et al. v. RC2 Corp., et al. — 08cv307 |
| ARKANSAS EASTERN<br>ARE  2  07-140 | April Wilson, etc. v. RC2 Corp. — 08cv308 |
| FLORIDA SOUTHERN<br>FLS  1  07-22271 | Brenda Maya Singer v. Learning Curve Brands, Inc. — 08cv309 |
| MISSOURI EASTERN<br>MOE  4  07-1689 | Brian Deutsch v. Learning Curve Brands, Inc. — 08cv310 |