# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:07–cv–01805–HGD

Hungerpillar et al v. RC2 Corporation et al  
Assigned to: Magistrate–Judge Harwell G Davis, III  
Cause: 28:1332 Diversity–Personal Injury

Date Filed: 10/02/2007  
Date Terminated: 02/28/2008  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Mitchell Hungerpillar**  
*individually and on behalf of a class of similarly situated persons*

represented by **Gayle L Douglas**  
HENINGER GARRISON DAVIS LLC  
2224 First Avenue North  
PO Box 11310  
Birmingham, AL 35202  
205–326–3336  
Fax: 205–326–3332  
Email: gdouglas@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**W Lewis Garrison, Jr**  
HENINGER GARRISON DAVIS LLC  
2224 1st Avenue North  
Birmingham, AL 35203  
205–326–3336  
Fax: 205–326–3332  
Email: camille@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Hungerpillar**  
*individually and on behalf of a class of similarly situated persons*

represented by **Gayle L Douglas**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**W Lewis Garrison, Jr**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RC2 Corporation**  
*a Delaware Corporation*

represented by **Teresa G Minor**  
BALCH &BINGHAM LLP  
PO Box 306  
Birmingham, AL 35201–0306

251−8100  
Email: tminor@balch.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Sean Shirley**  
BALCH &BINGHAM LLP  
PO Box 306  
Birmingham, AL 35201−0306  
251−8100  
Email: sshirley@balch.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Learning Curve Brands, Inc.**  represented by **Teresa G Minor**  
*a Delaware Corporation*  (See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Sean Shirley**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | COMPLAINT with jury demand against RC2 Corporation and Learning Curve Brands, Inc. (Filing fee $ 350.00 w/ receipt #200 240253) filed by Mitchell Hungerpillar and Patricia Hungerpillar.(SPT, ) (Entered: 10/03/2007) |
| 10/02/2007 | 2 | Request for service by certified mail filed by Mitchell Hungerpillar and Patricia Hungerpillar. (SPT, ) (Entered: 10/03/2007) |
| 10/03/2007 | 3 | Summons Issued as to RC2 Corporation by Clerk for service by certified mail. (SPT, ) (Entered: 10/03/2007) |
| 10/03/2007 | 4 | Summons Issued as to Learning Curve Brands, Inc. by Clerk for service by certified mail. (SPT, ) (Entered: 10/03/2007) |
| 10/03/2007 | 5 | NOTICE of Change of Address by Gayle Douglas. (SPT, ) (Entered: 10/03/2007) |
| 10/12/2007 | 6 | Request for service of Alias Summons by certified mail filed by Mitchell Hungerpillar and Patricia Hungerpillar. (SPT, ) (Entered: 10/15/2007) |
| 10/15/2007 | 7 | Alias Summons and Complaint Issued as to RC2 Corporation by Clerk for service by certified mail. (SPT, ) (Entered: 10/15/2007) |
| 10/15/2007 | 8 | SUMMONS Returned Executed by Mitchell Hungerpillar and Patricia Hungerpillar. RC2 Corporation served on 10/9/2007, answer due 10/29/2007. (SPT, ) (Entered: 10/16/2007) |
| 10/15/2007 | 9 | SUMMONS Returned Executed by Mitchell Hungerpillar and Patricia Hungerpillar. Learning Curve Brands, Inc. served on 10/9/2007, answer due 10/29/2007. (SPT, ) (Entered: 10/16/2007) |
| 10/22/2007 | 10 | ALIAS SUMMONS Returned Executed by Mitchell Hungerpilla and Patricia Hungerpillar. RC2 Corporation served on 10/18/2007, answer due 11/7/2007. (SPT, ) |

| | | |
|---|---|---|
| | | (Entered: 10/25/2007) |
| 10/29/2007 | 11 | MOTION for Extension of Time to File Answer by RC2 Corporation, Learning Curve Brands, Inc.. (Shirley, Sean) (Entered: 10/29/2007) |
| 10/29/2007 | 12 | ***DOCUMENT FILED BY WRONG PARTY DUPLICATE FILING AS DOCUMENT #13*** Corporate Disclosure Statement by Learning Curve Brands, Inc. (Shirley, Sean) Modified on 10/30/2007 (AHI). (Entered: 10/29/2007) |
| 10/29/2007 | 13 | Corporate Disclosure Statement by RC2 Corporation. (Shirley, Sean) (Entered: 10/29/2007) |
| 10/29/2007 | 14 | Corporate Disclosure Statement by Learning Curve Brands, Inc.. (Shirley, Sean) (Entered: 10/29/2007) |
| 10/29/2007 | 15 | MOTION to Stay *Proceedings* by RC2 Corporation, Learning Curve Brands, Inc.. (Shirley, Sean) (Entered: 10/29/2007) |
| 10/29/2007 | 16 | Memorandum in Support of 15 MOTION to Stay *Proceedings* by RC2 Corporation, Learning Curve Brands, Inc. (Shirley, Sean) Modified on 10/30/2007 (AHI). (Entered: 10/29/2007) |
| 10/30/2007 | | ORDER granting 11 Motion for Extension of Time to Answer. RC2 Corporation answer due 12/7/2007; Learning Curve Brands, Inc. answer due 12/7/2007. Signed by Judge Harwell G Davis III on 10/30/07. (LBG, ) (Entered: 10/30/2007) |
| 10/30/2007 | | ORDER granting 15 Motion to Stay. Signed by Judge Harwell G Davis III on 10/30/07. (LBG, ) (Entered: 10/30/2007) |
| 10/30/2007 | 17 | NOTICE of Appearance by Teresa G Minor on behalf of RC2 Corporation, Learning Curve Brands, Inc. (Minor, Teresa) (Entered: 10/30/2007) |
| 11/01/2007 | 18 | MOTION for Reconsideration *of Orders Granting Stay of Proceedings and Extension of Time to Answer* by Mitchell Hungerpillar, Patricia Hungerpillar. (Garrison, W) (Entered: 11/01/2007) |
| 11/01/2007 | 19 | Brief re 18 MOTION for Reconsideration *of Orders Granting Stay of Proceedings and Extension of Time to Answer*. (Garrison, W) (Entered: 11/01/2007) |
| 11/02/2007 | | ORDER denying 18 Motion for Reconsideration. Signed by Judge Harwell G Davis III on 11/2/07. (LBG, ) (Entered: 11/02/2007) |
| 11/30/2007 | 20 | MOTION to clarify *Court's Orders granting Defendants' Motion for Extension of Time to Answer and Motion for Stay of Proceedings* by RC2 Corporation, Learning Curve Brands, Inc.. (Minor, Teresa) (Entered: 11/30/2007) |
| 12/03/2007 | | ORDER granting 20 Motion to Clarify. Defendants' deadline for filing responsive pleading to complaint is 30 days after entry of ruling by JPML on pending Motions to Transfer. Signed by Judge Harwell G Davis III on 12/3/07. (LBG, ) (Entered: 12/03/2007) |
| 02/28/2008 | 21 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Northern District of Illinios for inclusion in MDL; certified copy of docket entries and documents requested by transferee clerk mailed to Clerk of Court in District of Northern District of Illinios. (SPT, ) (Entered: 02/28/2008) |